UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ECF CASE |
| | : | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| - v. - | : | |
| GODOFREDO LEANDRO GONZALEZ, *et al.*, | : | 18 Cr. 601 (PGG) |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by: /s/ David W. Denton, Jr.
    David W. Denton, Jr.
    Assistant United States Attorney
    (212) 637-2744