## LAW OFFICES OF JAMES R. DEVITA, PLLC
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail:  jdevita@jamesrdevitalaw.com

NEW YORK CITY OFFICE:
217 BROADWAY, SUITE 707
NEW YORK, NY 10007
(212) 619-3730

February 11, 2020

**VIA ECF**

Honorable Paul B. Gardephe
United States District Judge for the Southern District of New York
United States Courthouse
40 Centre St.
New York, New York 10007

  Re: *United States v. Gonzalez, et al.,* 18 Cr. 601 (PGG)

Dear Judge Gardephe:

  I represent defendant Jean-Claude Landji in the above referenced case. In accordance with the discussion at today's pretrial conference, I respectfully request that Your Honor assign Michael Tremonte of the law firm of Sher Tremonte LLP, a member of the CJA panel for this District, to work with me in representing Mr. Landji in this case. I further request that Your Honor authorize paralegal Ryan Pollack of Sher Tremonte LLP to work with and assist us in that representation.

           Respectfully submitted,

           *s/ James R. DeVita*

           James R. DeVita

cc: All Counsel (By CF)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: Feb. 21, 2020