# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

February 28, 2020

**BY ECF AND FAX 212.805.7986**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   RE:   *United States v. Steven Antonius, et al.,* 18 Cr. 601 (PGG)

Dear Judge Gardephe:

   I am writing to request respectfully additional time until Friday, March 6, 2020 to file the Defendants' Reply to the Government's Opposition to certain defendants' Motion to Dismiss Count Seven of the Indictment. I had been delegated responsibility for drafting the motion, and on behalf of Steven Antonius I am now in active negotiations with the Government about a pretrial disposition. I do not know the status of the other defendants in the group that is scheduled to go to trial in April and on whose behalf the motion was filed, nonetheless I believe that the additional time requested is sufficient for me to know Steven Antonius' intentions, and in the event Mr. Antonius decides to accept a plea offer, for other defense counsel to draft the Reply. The Government concurs in this request.

   Thank you for your consideration.

                              Respectfully submitted,

                              Jill R. Shellow

cc:   Steven Antonius (by legal mail)
      All parties (by ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: March 2, 2020

Connecticut Office: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC