# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

March 9, 2020

**BY ECF AND FAX 212.805.7986**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

     RE:  *United States v. Steven Antonius*, 18 Cr. 601 (PGG)

Dear Judge Gardephe:

     As Your Honor directed at the conference this morning, I am submitting this letter to request respectfully that Your Honor extend the deadline for the parties to file motions in limine, requested *voir dire* and proposed jury instructions so that all defense counsel in the April trial group can consult with their clients about the Government's offers for pretrial dispositions.

     Your Honor's Order of August 22, 2019, set the filing deadline as March 13, 2020; responsive papers were due on March 20. (Dkt #111). In a February 25, 2020, Order Your Honor moved the filing deadline to March 16, 2020. (Dkt. #242). Insofar as a conference is presently scheduled before Your Honor on March 20 to determine which of the April trial group clients intend to proceed to trial, I respectfully request that the deadlines for filing motions in limine, requested *voir dire* and proposed jury instructions by all parties be extended to March 20, 2020, and that the deadline for responses be extended to March 27.

     Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: March 16, 2020

cc:  All parties (by ECF)

Connecticut Office: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC