# SHER TREMONTE LLP

July 23, 2020

**BY EMAIL**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York, 10007

> The application is granted.  Pre-trial motions for Defendants Landji and Adamu are now due September 14, 2020.  Any application for a severance should be addressed in the pre-trial motions.  The Government's reply is now due October 5, 2020.  Defendants' reply, if any, is due by October 12, 2020.
>
> SO ORDERED.
>
> /s/ Paul G. Gardephe
> Paul G. Gardephe
> United States District Judge
> July 30, 2020

      **Re:**    *United States v. Gonzalez et al., 18 Cr. 601 (PGG)*

Dear Judge Gardephe:

      We write on behalf of our client, Jean-Claud Okongo Landji, to request a 45-day adjournment of the deadline for the filing of motions in the above-referenced case.  The adjournment will afford defense counsel additional time to review discovery, including English translations of Croatian-language documents that the defense has specifically requested because they may bear on Mr. Landji's pretrial motions.  The government has been producing translations in installments, and we are advised that a significant volume will be produced in the near future.  Adjournment of the deadline is also warranted by the current BOP restrictions that make it impossible for Mr. DeVita and me to meet and confer with Mr. Landji in person, and limit our ability to communicate with him by phone.  Additional time will enable us to review our draft motions thoroughly with our client, whose input is critical to ensure their accuracy and effectiveness.  We have conferred with AUSA Matthew Hellman, who indicated that the government consents to this request.

      Respectfully submitted,

      /s/ Michael Tremonte

      Michael Tremonte

cc:    All counsel of record (by ECF)