**LAW OFFICES OF JAMES R. DEVITA, PLLC**
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail:   jdevita@jamesrdevitalaw.com

NEW YORK CITY OFFICE:
217 BROADWAY, SUITE 707
NEW YORK, NY 10007
(212) 619-3730

September 4, 2020

**VIA ECF**

Honorable Paul B. Gardephe
United States District Judge for the Southern District of New York
United States Courthouse
40 Centre St.
New York, New York 10007

    Re:  *United States v. Gonzalez, et al.,* 18 Cr. 601 (PGG)

Dear Judge Broderick:

    After conferring with Your Honor's law clerk and the government, I writing to request an adjournment of the September 16, 2020 pretrial conference in the above referenced case with respect to my client, Jean-Claud Okongo Landji, and his co-defendant Jibril Adamu, because it is not possible for the MCC to produce all five of the remaining defendants in this case for the scheduled conference and since Your Honor has severed the trial of Mr. Landji and Mr. Adamu from that of the other three remaining defendants.  In addition, I respectfully request and adjournment of the time for filing of pretrial motions on behalf of Mr. Landji and Mr. Adamu from Monday, September 14, 2020 to Monday, October 5, 2020.

    I am requesting another adjournment of the motion schedule for two reasons: 1) continued and increased difficulty communicating with Mr. Landji at MCC on the subject of potential motions, including our failure to receive mail sent by Mr. Landji for weeks after he has sent it, or to receive it at all; and 2) a recent death in my family that required my absence from New York for two weeks in August, which has resulted in a backlog of filing obligations in several cases, including this one.  I have discussed this request with Assistant United States Attorney Matthew Hellman and he has no objection to it.  I consent to any exclusion of time under the Speedy Trial Act required to grant this motion.

    Respectfully submitted,

    *s/ James R. DeVita*

    James R. DeVita

Hon. Paul G. Gardephe                  - 2 -                  September 4, 2020

cc:     Assistant United States Attorney Matthew Hellman (by ECF)
        Assistant United States Attorney Elinor Tarlow (by ECF)

The application to adjourn deadlines for Landji and Adamu's pre-trial motions is granted. Defendants' motions are now due October 5, 2020. Any opposition by the Government is now due October 26, 2020. Defendants' reply, if any, is due November 9, 2020.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

September 8, 2020