

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

September 18, 2021

**Sent via ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      *Re: United States of America v. Gonzalez, et al., 18 Cr601 (PGG)*

Dear Judge Gardephe:

    We represent Jibril Adamu in the above-captioned matter.  We respectfully write to ask the Court's permission to join in the motion filed by counsel for Jean-Claude Okongo Landji as it pertains to Jibril Adamu.  *See* Dkt. 548.

                      Respectfully submitted,

                      s/ Jacqueline E. Cistaro
                      Thomas F.X. Dunn

cc:    All counsel (*via ECF*)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: September 20, 2021