UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                                         :

UNITED STATES OF AMERICA    :    **PROPOSED MCC VISITATION**
                                                         :    **ORDER**
        - v. -                       :
                                                         :    18 Cr. 601 (PGG)

JIBRIL ADAMU                           :

       Defendant.          :
                                                         :
- - - - - - - - - - - - - - - - - - x

To: METROPOLITAN CORRECTIONAL CENTER, NEW YORK, NEW YORK

WHEREAS, Jibril Adamu is an incarcerated individual at the Metropolitan Correctional Center, New York, New York ("MCC") under Registration number 87314-054; and

WHEREAS, trial in this matter is scheduled to commence on October 6, 2021 and to continue for approximately two weeks: and

WHEREAS, it may be necessary on October 4 and 5, 9, 10, 11, 16 and 17, 2021 for Mr. Adamu to meet with his attorneys, Thomas Dunn and Jaqueline Cistaro for up to 4 hours: and

WHERAS, it may be necessary for his attorneys to meet with Mr, Adamu for up to 3 hours during the evenings of October 6, 7, 8, 12, 13, 14 and 15,

IT IS THEREFORE ORDERED that Mr. Adamu be permitted to meet with his lawyers for up to 4 hours during the days of October 4, 5, 9, 10, 11, 16 and 17, 2021 and up to 3 hours during the evenings of October 6, 7, 8, 12, 13, 14 and 15, 2021 at the MCC.

      SO ORDERED.

Dated:  October 1, 2021
       New York, N.Y.

                                                                            _____
                                                                            Hon. Paul G. Gardephe
                                                                            United States District Judge