UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JEAN-CLAUDE OKONGO LANDJI,

Defendant.

Case No. 18 Cr. 601 (PGG)

[PROPOSED] ORDER

To: METROPOLITAN CORRECTIONAL CENTER, NEW YORK, NEW YORK

WHEREAS, Jean-Claude Okongo Landji is an incarcerated individual at the Metropolitan Correctional Center ("MCC") under Registration Number 87313-054; and

WHEREAS, trial in this matter is scheduled to commence on October 6, 2021 and to continue for approximately two weeks; and;

WHEREAS, it may be necessary on October 2, 3, 4, 5, 9, 10, 11, 16, and 17, 2021 for Mr. Landji to meet with his attorneys, Michael Tremonte, Noam Biale, and Katie Renzler for up to 4 hours; and

WHEREAS, it may be necessary for Mr. Landji to meet with his attorneys for up to 3 hours during the evenings of October 6, 7, 8, 12, 13, 14, and 15;

IT IS HEREBY ORDERED that Mr. Landji be permitted to meet with his lawyers for up to 4 hours during the days of October 2, 3, 4, 5, 9, 10, 11, 16, and 17, and for up to 3 hours during the evenings of October 6, 7, 8, 12, 13, 14, and 15, 2021 at the MCC.

SO ORDERED

Dated: New York, New York
October 1, 2021

_____
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York